**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| WILLIAM LEE EISENHOUR | § § | |
| v. | § § | 9:12-CV-62 |
| LANA STAFFORD (FELPS) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is assigned to the Honorable Ron Clark, United States District Judge, and was reassigned from Magistrate Judge Judith K. Guthrie to Magistrate Judge Zack Hawthorn for pretrial proceedings pursuant to a General Order 13-13. The court has received and considered the report of the magistrate judge (Doc. No. 50), who recommends that the court partially grant the Plaintiff's "Motion for Default Judgment" (Doc. No. 40). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. It is, therefore,

**ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 50) is **ADOPTED**; and the Defendant's "Motion for Default Judgment" (Doc. No. 40) is **GRANTED** in part. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **26** day of **November, 2013.**

_____
Ron Clark, United States District Judge